March 09, 2012

Mr. John Andrew Cowan
Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX 77704
Ms. Jacqueline M. Stroh
Law Office of Jacqueline M. Stroh, P.C.
10101 Reunion Place, Suite 600
San Antonio, TX 78216

RE: Case Number: 10-0970
 Court of Appeals Number: 09-09-00362-CV
 Trial Court Number: A-050,478-C

Style: NICHOLAS TRAXLER
 v.
 ENTERGY GULF STATES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Vickie Edgerly |
| |Ms. Carol Anne Flores |
| |Ms. Marnie Ann |
| |McCormick |
| |Mr. James Elliott Guy |